**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendant COUNTY OF PLUMAS, TERRY BERGSTRAND, N.D. DAWSON, STEVE PEAY, RON WOMACK, DWIGHT CLINE, STEVE WAASDROP, MIKE SMITH and BILL ELLIOT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COREY, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF PLUMAS; TERRY BERGSTRAND PLUMAS COUNTY SHERIFF; Officer N.D. DAWSON; Officer STEVE PEAY; Officer RON WOMACK; Officer DWIGHT CLINE; Officer STEVE WAASDROP; Officer MIKE SMITH; Officer BILL ELLIO. <br><br> Defendants. | Case No.: CIV S-05-0231 FCD JFM <br><br> **STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO FRCP 41 (a)(2)** <br><br><br> **Final Pretrial Conference:   3/2/07** <br> **Trial Date:                                   04/24/07** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff JAMES COREY and Defendants COUNTY OF PLUMAS and TERRY BERGSTRAND by and through their undersigned counsel, that any and all claims against Defendants COUNTY OF PLUMAS and TERRY BERGSTRAND be dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: February 16, 2007        LARRY L. BAUMBACH, ESQ.

/s/ Larry L. Baumbach
By: _____
Attorney for Plaintiff JAMES COREY

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1

00465821.WPD

Dated: February 16, 2007         PORTER, SCOTT, WEIBERG & DELEHANT
                                 A Professional Corporation

                                       /s/ John R. Whitefleet
                                 By: _____
                                     Terence J. Cassidy
                                     John R. Whitefleet
                                     Attorneys for Defendants
                                     COUNTY OF PLUMAS, TERRY
                                     BERGSTRAND, N.D. DAWSON, STEVE
                                     PEAY, RON WOMACK, DWIGHT CLINE,
                                     STEVE WAASDROP, MIKE SMITH and BILL
                                     ELLIOT

**IT IS SO ORDERED.**

Dated: February 27, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*