UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES COREY,

        Plaintiff,

    v.

COUNTY OF PLUMAS, et al.,

        Defendants,.

_____/

NO. 2:05- cv-0231 FCD JFM

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of the parties, in the above action, the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before August 20, 2008.  All dates/hearings set in this matter, to include any pending motions and trial date, are hereby VACATED.

**<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.</u>**

    **IT IS SO ORDERED**.

Dated:  July 28, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE